AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

UNITED STATES OF AMERICA

V.

RONNIE BENNETT GRISSETT
P.O. BOX 197
GANTT, AL 36038

**WARRANT FOR ARREST**

Case Number: 2:05CR150-F

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __RONNIE BENNETT GRISSETT__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with  (brief description of offense)

Sell or Distribute a Controlled Substance

Aiding and Abetting

in violation of Title __21 & 18__ United States Code, Section(s) __841, 846 and 2__

__DEBRA P. HACKETT__
Name of Issuing Officer

__CLERK OF COURT__
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

JUNE 30, 2005 AT MONTGOMERY, AL.
Date and Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |