| COURTROOM DEPUTY'S MINUTES | DATE: 8/17/05 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:35 – 10:42 |
| | COURT REPORTER: |

☑ **ARRAIGNMENT**  ☐ CHANGE OF PLEA   ☐ CONSENT PLEA
☐ RULE 44(c) HEARING   ☐ SENTENCING

**PRESIDING MAG. JUDGE:** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson
**CASE NUMBER:** 2:05cr150-F   **DEFENDANT NAME:** Ronnie Grissett
**AUSA:** Tommie Brown Hardwick   **DEFENDANT ATTORNEY:** Ben Bruner
**PTSO:**   Type counsel ( )Waived; ( )Retained; (x)CJA; ( )FPD
   (x) appointed at arraignment; ( ) standing in for: _____

**USPO:**
Defendant ( )does; (√)does NOT need an interpreter
Interpreter present? (√)NO; ( )YES   Name:
**DISCOVERY DISCLOSURE DATE:** Provided 8/17/05

---

☐ This is defendant's **FIRST APPEARANCE.**
X **FINACIAL AFFIDAVIT EXECUTED.** x *ORAL MOTION FOR APPT OF COUNSEL*
X *ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER. NTC OF APPR TO BE FILED*
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**   ☑ **Not Guilty**       ☐ Nol Contendere
   ☐ **Not Guilty by reason of insanity**
   ☐ **Guilty as to:**
      ☐ Count(s):
      ☐ Count(s):       ☐ dismissed on oral motion of USA
            ☐ to be dismissed at sentencing

☐ Written plea agreement filed   ☐ **ORDERED SEALED**
☐ _____ Days to file pretrial motions
☑ 11/7/05 _____ Trial date or term
☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:
   ☐ Trial on _____; ☐ Sentencing on _____
☑ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
   ☐ Posting a $_____ bond;
   ☑ Trial on 11/7/05 ; or ☐ Sentencing on _____
☐ Rule 44 Hearing:   ☐ Waiver of Conflict of Interest Form executed
         ☐ Defendant requests time to secure new counsel
☑ **WAIVER** of Speedy Trial. **CRIMINAL TERM:** 11/7/05