| | |
|---|---|
| COURTROOM DEPUTY MINUTES | DATE: SEPTEMBER 19, 2005 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDED: 1:11 - 1:13 |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY    **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 2:05CR150-F-CSC    **DEFENDANT NAME:** RONNIE B. GRISSETT

### APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY. TOMMIE HARDWICK | ATTY. BEN BRUNER |

√    **DISCOVERY STATUS: NONE.  Need to get criminal record.**

√    **PENDING MOTION STATUS: NONE**

√    **PLEA STATUS: POSSIBLE PLEA**

√    **TRIAL STATUS: POSSIBLE TRIAL; WILL TAKE 3 DAYS FOR TRIAL**

☐    **REMARKS:**