IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 OCT 26  P 2:27
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) CR. NO. 05 - 150 F |
| VS. | ) |
| | ) |
| RONNIE BENNETT GRISETT | ) |

### MOTION TO CONTINUE

COMES NOW, the defendant by and through counsel and moves this Honorable Court to continue this cause from the November 7 trial docket.  As grounds therefor, the defendant states the following:

Counsel, on or about October 12, 2005 received heretofore undisclosed discovery from the government which includes several hundred pages of documents.  Counsel need more time to review this disclosure and determine what impact it has on this case.

While the defendant will file a speedy trial waiver in this case, it should be noted that the defendant is in custody on a writ and is currently serving time in a state conviction

WHEREFOR, the defendant respectfully requets this cause be continued from the November 7 trial term.

Respectfully submitted,

_____
Ben E. Bruner (BRU 001)
Attorney for William R. Ford
2835 Zelda Road
Montgomery, Alabama  36106
(334) 323-4462
FAX (334) 323-4463

### CERTIFICATE OF SERVICE

The undersigned Ben E. Bruner hereby certifies that a true copy of this document was served upon the below listed counsel by enclosing same in an envelope postpaid for first class handling which bore the sender's name and return address and which was addressed to said attorney at his post office address and which was deposited in a U. S.

Post Office Depository in Montgomery, Alabama on the __24__ day of __October__, 2005.

Tommie Hardwick, Esq.
P.O. Box 197
Montgomery, Alabama 36101

_____
Ben E. Bruner