IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 05 - 150 F |
| ) | |
| RONNIE BENNETT GRISSETT ) | |

**WAIVER OF SPEEDY TRIAL RIGHT**

The undersigned Ronnie Bennett Grissett states that he is the same Ronnie Bennett Grissett charged in Case No. CR. NO. 05 150 F, and he consents to a continuance of his trial from the November 7, 2005 trial term until the February 13, 2005 term for this Division further he states that he hereby waives his right to have a speedy trial herein pursuant to U.S.C. Sec. 3161 and all other applicable federal law and regulations, as said right may entitle him to a trial on November 7, 2005.

X_____
Ronnie Bennett Grissett
Defendant

Done this __3__ day of November, 2005

_____
Ben E. Bruner
Attorney for Defendant

Done this __3__ day of November, 2005.

## CERTIFICATE OF SERVICE

The undersigned Ben E. Bruner hereby certifies that a true copy of this document was served upon the Honorable Tommie Hardwick, United States Attorney for the Middle District of Alabama by enclosing same in an envelope postpaid for first class handling whi bore the sender's name and return address and which was addressed
to said attorney at his post office address and which was deposited in a U. S. Post Office Depository in Montgomery, Alabama on the __3__ day of _November_, 2005.

_____
Ben E. Bruner
Attorney at Law