| | |
|---|---|
| **COURTROOM DEPUTY MINUTES** | **DATE :** JANUARY 20, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDED: 1:10 - 1:13** |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY    **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 2:05CR150-LSC-CSC    **DEFENDANT NAME:** RONNIE GRISSETT
                                                              BEULAH GRISSETT

## APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY. TOMMIE HARDWICK | ATTY. BEN BRUNER |
|  | ATTY. KEVIN BUTLER |

√   **DISCOVERY STATUS:** Completed.
_____
_____

√   **PENDING MOTION STATUS:** None.
_____
_____

√   **PLEA STATUS:** Possible plea negotiations as to Beulah Grissett but also may go to trial as well
_____
_____

❐ **TRIAL STATUS:** Case may go to trial based on deft's career criminal history as to Ronnie Grissett; Will take 3 days for trial.
_____

❐   **REMARKS:**
_____