IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | CR. NO. 2:05-150B |
| RONNIE GRISSETT | ) | |

RECEIVED 2006 FEB -7 P 2:58
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## NOTICE OF INTENT TO CHANGE PLEA

COMES NOW, the defendant by and through counsel and gives notice to the court of his intent to change his plea from that of not guilty to one of guilty as to all counts.

Respectfully submitted,

_____
Ben E. Bruner (BRU 001)
Attorney for Russell Carvalho
2835 Zelda Road
Montgomery, Alabama 36106
(334) 323-4462
FAX (334) 323-4463

## CERTIFICATE OF SERVICE

The undersigned Ben E. Bruner hereby certifies that a true copy of this document was served upon the below listed counsel by enclosing same in an envelope postpaid for first class handling which bore the sender's name and return address and which was addressed to said attorney at his post office address and which was deposited in a U. S. Post Office Depository in Montgomery, Alabama on the 7 day of Feby, 2006.

Tommie Hardwick Esq.
P.O. Box 197
Montgomery, Alabama 36101

_____
Ben E. Bruner