✎ AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

MIDDLE _____ DISTRICT OF _____ ALABAMA

UNITED STATES OF AMERICA

V.

RONNIE BENNETT GRISSETT

## WAIVER OF INDICTMENT

CASE NUMBER:   2:05CR150-LSC

I,  ___RONNIE BENETT GRISSETT___ , the above named defendant, who is accused of

violation of Title 21, USC Section 841(c)(2) and Tittle 18 USC Section 2

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open

court on _____ 2/8/06 _____ prosecution by indictment and consent that the pro-
*Date*

ceeding may be by information rather than by indictment.

_____
*Defendant*

_____
*Counsel for Defendant*

Before _____
*Judicial Officer*