| | | |
|---|---|---|
| **COURTROOM DEPUTY MINUTES** | DATE: 2/8/06 | FTR RECORDING: 3:29 - 3:39 |
| **MIDDLE DISTRICT OF ALABAMA** | COURT REPORTER: ~~JAMES DICKENS~~ Mitchell Reisner | |

☐ **ARRAIGNMENT**     ✓ **CHANGE OF PLEA**     ☐ **CONSENT PLEA**

☐ **RULE 44(c) HEARING**     ☐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** _CHARLES S. COODY_     **DEPUTY CLERK:** _WANDA STINSON_

**CASE NUMBER:** _2:05CR150-LSC-CSC_     **DEFENDANT NAME:** _RONNIE B. GRISSETT_

**AUSA:** _TOMMIE HARDWICK_     **DEFENDANT ATTY:** _BEN BRUNER_

**USPO:** _DEWAYNE SPURLOCK_     Type Counsel: ( ) Waived; ( ) Retained; ( ) Panel CJA; ( ) CDO

Defendant ___ does ✓ does NOT need and interpreter.  Interpreter Name: _____

---

☐   This is defendant's **FIRST APPEARANCE.** (Docket kia.!!!)

☐   Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.

☐   **ORAL ORDER** Appointing ☐ FPD or ☐ CJA Panel. Notice of Appearance to be filed.

✓   **WAIVER OF INDICTMENT** executed and filed.

✓   **FELONY INFORMATION** filed.

☐   Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**   ☐ Not Guilty   ☐ Nol Contendere   ☐ Not Guilty by reason of insanity

       ✓ Guilty as to:   ✓ Count(s) ___1___ of the **Felony Information.**

               ☐ Count(s) _____    ☐ dismissed on oral motion of USA;

                                   ☐ To be dismissed at sentencing.

✓   Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

☐   No Plea Agreement entered. ✓ Written plea agreement filed. ☐ **OPEN/ORAL** Plea Agreement.

       ☐ **ORDERED SEALED.**

✓   **ORAL ORDER** Adjudicating defendant guilty.

☐   **ORDER:** Defendant Continued under ☐ same Conditions/Bond imposed ; ☐ Released on Bond & Conditions of Release for: ☐ Trial on _____; ☐ Sentencing on _____; ☐ To be set by Separate Order

✓   **ORDER:** Defendant remanded to custody of U.S. Marshal for:

       ☐ Trial on _____; or ✓ Sentencing on _____ ✓ set by separate Order.