P O Box 240
Gantt, Alabama 36038

April 19, 2006

RECEIVED
2006 APR 21 A 9:39
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

US District Court
Attn: Debra P Hackett
Clerk of Court
P O Box 711
Montgomery, AL 36101-0711

Dear Ms. Hackett:

I hereby petition the court for a hearing regarding the "Preliminary Order of Forfeiture" of the property described in Case CR#2:05CR150-LSC, USA vs Ronnie Bennett Grissett and Beulah Frost Grissett d/b/a Grissett Grocery in Gantt, AL. I beg for the mercy of the court to reconsider the seizure of the stated property. On July 22, 2005 the property was transferred to the name of Donnie B and Melissa A Grissett (Donnie being the eldest son of Clyde B and Beulah Grissett). At the time of transfer of ownership, charges in Covington County had been dropped and to our knowledge no Federal charges were pending.

Both my brother Ronnie B Grissett and sister Amanda R Grissett (both incarcerated on drug charges) took advantage of my mother and her weakness after my father's death. I felt it necessary to take control of the property due to the mental and physical health of my mother and her inability to handle her business and personal affairs. Prior to my father's death in 2002, I had made personal loans to my parents over the years, which was never repaid. Therefore, being an heir to the property no monetary transaction was conducted and I saw no reason to do a title search on the property since the property had been in my family for the past 30 years.

Again, I petition the court and ask for the mercy of court being the Legal Titled Owner of the property. Thank you for any consideration given in this matter.

Sincerely yours,

Donnie B Grissett