UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| vs. | ] | **2:05-CR-150-LSC** |
| | ] | |
| RONNIE GRISSETT and BEULAH GRISSETT | ] | |

**O R D E R**

The Court has for consideration the Donnie B. Grissett's Motion for Reconsideration and a Hearing re [69] Preliminary Order of Forfeiture (Doc. 71), filed on April 24, 2006. The government is ordered to respond to the petition within seven (7) days of the date of this order. The government is to indicate in their response its position on the petition including but not limited to the permissibility of the pro se party pleading in the case.

Done this 25th day of April 2006.

                                                          L. SCOTT COOGLER
                                     UNITED STATES DISTRICT JUDGE
                                                  124019