UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ] |
| Plaintiff, | ] |
| vs. | ] CR. NO. 2:05-cr-150-C |
| RONNIE BENNETT GRISSETT, et al., | ] |
| Defendants. | ] |

ORDER

On the 21st day of April, 2006, Donnie B. Grissett, forwarded to this Court a *pro se* request for hearing regarding what he described as the "Preliminary Order of Forfeiture" in the case as styled above. The United States of America filed a response, at this Court's request, objecting to the request for hearing. In its pleading, the United States of America argues that the request filed by Donnie B. Grissett is insufficient under the requirements of the law. The United States of America further insists that according to the representations made in the request, Donnie B. Grissett is legally incapable of succeeding in his opposition to the forfeiture.

This Court agrees that the request is legally insufficient to be construed as a "petition" and therefore it will be and hereby is stricken as an improper pleading. To the extent the letter seeks a hearing, it is denied.

Done this 4th day of May 2006.

_____ 2620
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE