UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 MAY -9 A 9: 14

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| VS. ) | CASE NO: 2:05-CR-150-LSC |
| ) | |
| ) | |
| RONNIE BENNETT GRISSETT and ) | |
| BEULAH FROST GRISSETT d/b/a ) | |
| GRISSETT GROCERY, ) | |
| ) | |
| ) | |
| DONNIE B. GRISSETT, ) | |
| ) | |
| ) | |
| INTERVENOR. ) | |

### NOTICE OF APPEARANCE

Notice of appearance of Ab Powell, III and The Powell Law Firm, P. C. on behalf of Donnie B. Grissett.

Please take notice that the undersigned hereby appears for Donnie Grissett who seeks permission to intervene in the above referenced action.

Respectfully submitted,

THE POWELL LAW FIRM, P.C.

By: _____
Ab Powell, III (POW017)
Post Office Drawer 969
Andalusia, Alabama 36420
334-222-4103
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the above and foregoing on all counsel of record for the parties by placing a copy of same in the United States mail, postage prepaid and addressed to their regular mailing address, as follows:

Honorable Louis V. Franklin
Criminal Chief
Post Office Box 197
Montgomery, Alabama 36101

Honorable Tommie Brown Hardwick
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101

Honorable John Harmon
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101

Done this  8  day of  May , 2006.

_____
Of Counsel