UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| VS. ) | CASE NO: 2:05-CR-150-LSC |
| ) | |
| RONNIE BENNETT GRISSETT and ) | |
| BEULAH FROST GRISSETT d/b/a ) | |
| GRISSETT GROCERY, ) | |
| ) | |
| DONNIE B. GRISSETT, ) | |
| ) | |
| INTERVENOR. ) | |

RECEIVED
2006 MAY -8 A 9 39
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

### MOTION FOR LEAVE TO INTERVENE, RECONSIDERATION AND HEARING

Now comes Donnie B. Grissett and moves the Court for leave to intervene in this action, pursuant to FRCP 24(a)(2) and as grounds for said motion respectfully shows unto the Court as follows:

1. Petitioner, Donnie B. Grissett, is the son of Beulah Frost Grissett and the brother of Ronnie Bennett Grissett. Petitioner is the grantee along with petitioner's wife, Melissa A. Grissett, in a deed dated July 22, 2005, in which the property subject to this forfeiture was conveyed to petitioner and his wife.

2. At the time of said conveyance, state charges against the sole owner of the involved property had been dismissed and petitioner and wife had no knowledge of any federal investigation or pending federal charges against Beulah Frost Grissett.

3. Petitioner, Donnie B. Grissett, undertook to control the subject property so as to ensure

**MOTION GRANTED**

THIS  12th  DAY OF  May  , 20 06

/s/ L. Scott Coogler

**UNITED STATES DISTRICT JUDGE**