UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| vs. | ] | 2:05-CR-150-LSC |
| RONNIE GRISSETT and BEULAH GRISSETT | ] | |

ORDER

The Court has for consideration the Donnie B. Grissett's Motion for Reconsideration and a Hearing re [69] Preliminary Order of Forfeiture (Doc. 71), filed on April 24, 2006. An evidentiary hearing will be held at 10:00 a.m. on Thursday, June 29, 2006, in Courtroom 2-D in the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 1st day of June 2006.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124019