```
        IN THE DISTRICT COURT OF THE UNITED STATES
           FOR THE MIDDLE DISTRICT OF ALABAMA
                     NORTHERN DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.     ) | CR. NO. 2:05cr150-C |
| ) | |
| RONNIE BENNETT GRISSETT and ) | |
| BEULAH FROST GRISSETT d/b/a ) | |
| GRISSETT GROCERY     ) | |

<u>MOTION TO CONTINUE</u>

Comes now the United States of America (United States), by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and states as follows:

1. This Honorable Court issued an Order on June 1, 2006, setting an evidentiary hearing on June 29, 2006, at 10:00 A.M. The United States requests a continuance of this evidentiary hearing because Counsel for the United States is scheduled for trial in Dothan, Alabama on said date in <u>U.S. v. Parcels of Property Located at 14 Leon Drive</u>, Case Number 1:04-cv-008-MEF.

2. On the grounds cited, the United States respectfully moves that the evidentiary hearing be continued to a time convenient for this Court.

Respectfully submitted this 6th day of June, 2006.

                      FOR THE UNITED STATES ATTORNEY
                            LEURA G. CANARY

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Bar Number: 7068-II58J
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2006, I electronically filed the foregoing Motion to Continue with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Kevin Butler, Ben Bruner** and **Tommie Brown Hardwick**.

I further certify that a copy of the foregoing Motion to Continue will be mailed to:

Donnie B. Grissett
P. O. Box 240
Gantt, AL 36038

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J