IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:05cr150-C |
| | ) |
| RONNIE BENNETT GRISSETT and | ) |
| BEULAH FROST GRISSETT d/b/a | ) |
| GRISSETT GROCERY | ) |

**MOTION GRANTED**
EVIDENTIARY HEARING reset for 7/21/06, 9:30AM, with B. Grissett's SENTENCING immediately thereafter. THE 7th DAY OF JUNE, 2006.

/s/ L. Scott Coogler
UNITED STATES DISTRICT JUDGE

MOTION TO CONTINUE

Comes now the United States of America (United States), by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and states as follows:

1. This Honorable Court issued an Order on June 1, 2006, setting an evidentiary hearing on June 29, 2006, at 10:00 A.M. The United States requests a continuance of this evidentiary hearing because Counsel for the United States is scheduled for trial in Dothan, Alabama on said date in U.S. v. Parcels of Property Located at 14 Leon Drive, Case Number 1:04-cv-008-MEF.

2. On the grounds cited, the United States respectfully moves that the evidentiary hearing be continued to a time convenient for this Court.