| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See instructions for "Service of Process by U.S. Marshal" |
|---|---|

RECEIVED
2006 FEB 17 P 4:31
UNITED STATES MARSHALS SERVICE
MIDDLE ALABAMA

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>2:05cr150-LSC |
|---|---|
| DEFENDANT<br>Ronnie Bennett Grissett, et. al. | TYPE OF PROCESS<br>Notice of Forfeiture |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Montgomery Advertiser
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
425 Molton St; Montgomery AL

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

UNITED STATES ATTORNEY OFFICE
JOHN T. HARMON, AUSA
P. O. BOX 197
MONTGOMERY AL 36101-0197

| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

05-DEA-459655

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (334) 223-7280
DATE: 02/16/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 
District of Origin No. 2
District to Serve No. 2
Signature of Authorized USMS Deputy or Clerk: K. Chavers
Date: 2/17/06

I hereby certify and return that I ☐ have personally served ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
Date: 7/20/06   Time: 10:30 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy: Karen A. Chavers

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 45.00 | | 8.00 | 53.00 | | |

REMARKS: 5/19/06 cm # 7001 1140 0001 8579 7032. To be published 5/24, 5/31, 6/7/06.
7/20/06 Paid invoice

RETURNED AND FILED
JUL 20 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

PRIOR EDITIONS MAY BE USED
PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285
Rev. 12/15/80
Automated 01/00

COPY FOR ADVERTISEMENT

## NOTICE OF FORFEITURE

**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION**

UNITED STATES OF AMERICA
v.
RONNIE BENNETT GRISSETT
and
BEULAH FROST GRISSETT
d/b/a
GRISSETT GROCERY

CR. NO. 2:05cr150-C

Notice is hereby given that on February 14, 2006, in the case of United States v. Ronnie Bennett Grissett and Beulah Frost Grissett d/b/a Grissett Grocery, Cr. No. 2:05cr150-LSC, the United States District Court for the Middle District of Alabama entered a Preliminary Order of Forfeiture condemning and forfeiting the following listed property:

Lots 3 and 4 in Block "B" and all of Block "C", Plat No. 1 of the Hem Estate Land, Gantt, Alabama, said plat being recorded in the office of the Judge of Probate of Covington County, Alabama, in Plat Book 4, page 14, said parcel of land being more particularly described as follows: Starting at the point where the North right of way line of U.S. Highway No. 29, intersects the East right of way line of the River Falls Road; thence running in an Easterly direction along the North right of way line of U.S. Highway No. 29 to the point where said North right of way line intersects the South right of way of the Central of Georgia Railroad; thence running in a Northwesterly direction along the said South or Southern right of way of said railroad to a point where said Southern right of way line intersects the East right of way line of said River Falls Road; thence running South along said East right of way line of said River Falls Road to the point of beginning. Less and Except a 20 foot square lot to Southeast Alabama Gas District. All of said lots being in the NE1/4 of SE1/4 of Section 18, Township 5, Range 16.

The property being titled to Clyde B. and Beulah F. Grissett.

The foregoing Preliminary Order of Forfeiture, having been entered, the United States hereby gives notice of its intention to dispose of the above listed property in such manner as the Attorney General of the United States may direct. Any persons or entities, other than the defendants named above, having or claiming a legal right, title or interest in any of the aforementioned properties must, within thirty (30) days of the final publication of this notice or actual receipt thereof, whichever is earlier, petition the United States District Court for the Middle District of Alabama for a hearing to adjudicate the validity of his/her alleged interest in the property pursuant to Title 21, United States Code, Section 853(n). If a hearing is requested, it shall be held before the Court alone, without a jury. Claimants will bear the burden of proof in all such cases. Petitions that fail to allege an interest sufficient to maintain a claim under Section 853(n) shall be subject to dismissal without a hearing.

The petition shall be signed by the petitioner under penalty of perjury and shall identify the particular property or properties in which the petitioner claims a legal right, title or interest; the nature and extent of the petitioner's claim in each property; the time and circumstances of the petitioner's acquisition of the right, title and interest in each property; and any additional facts and documents supporting the petitioner's claim and the relief sought. See Title 21, United States Code, Section 853(n)(3). Corresponding dants named above, the petitioner may testify and present evidence and witnesses on his own behalf and cross-examine witnesses who appear at the hearing.

Your petition must be filed with the Office of the Clerk, United States District Court for the Middle District of Alabama, 15 Lee Street, Montgomery, Alabama, 36104, with a copy thereof sent to:

John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square,
Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama
36101-0197
(334) 223-7280

Mont. Adv. 5/24, 5/31, 6/7/2006
677913, 677918

---

### ENT OF ASSIGNMENT

bill for this advertising order should be submitted on the "Public Voucher for tising" form, which is printed on the reverse of this form, immediately after ied will be based on actual space used and no allowance will be made it publication of the advertisement. If copies of the printed advertisement are available, complete the affidavit provided on the voucher. Submit the voucher copy of the printed advertisement to:

.S.M.S. One Church St. Ste A-100 Montgomery, AL 36104

RTIANT
is for advertising when a cut, matrix, stereotype or electrotype is

ase shall the advertisement extend beyond the date and edition stated order.

[signature]
6-14-06

My commission expires 11/__/__

---

### NUMBER
3

### DATE

### SIGNATURE OF AUTHORIZING OFF
[signature]

### AUTHORITY TO

Extreme care should be exercised to insure that solid line and be set other than solid be definite, clear, and made for paragraphing or display or leaded contract, including incidental work, specifically ordered, or for additional space that specified. Specifications for advertising copy submitted to the publisher will be at the usual Government requirements.

The following is a sample-- of solid line a

DEPARTMENT OF HIGHWAYS & TRAFFIC, D.C. Bids are requested for first spring 1966 cement concrete repair contract, including incidental work, Washington, D.C. Invitation No. C-5576-H, consisting of 11,000 sq. yds. PCC Class BB sidewalk repair and 2,000 cu. yds. PCC Class A pavement, alley, & driveway repair, both cut repairs only. Bidding material available from the Procurement Officer, D.C. Sealed bids to be opened in the Procurement Office at 8:00 p.m. November 15, 1965.