IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA )
)
vs. ) CR. NO. 2:05CR150-F
)
RONNIE BENNETT GRISSETT )

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE SHERIFF AND/OR KEEPER OF    CONECUH COUNTY JAIL
EVERGREEN, ALABAMA

and

TO THE UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF ALABAMA OR
ANY OTHER UNITED STATES MARSHAL:

GREETINGS:

We command you, that you have the body of ____ **RONNIE BENNETT GRISSETT** ,

a prisoner in your institution and under your control, as it is said, under safe and secure conduct,

to appear before the United States District Court for the Middle District of Alabama, at the

courtroom of said court, in the city of MONTGOMERY on **August 17, 2005, at 10:00 A.M.**,

to answer charges pending in said court and for such other proceedings as may appear proper to

the court; and thereafter, that you return the said defendant to the above-named institution under

safe and secure conduct.

BY ORDER OF THE COURT.

DONE, this the 25th day of July, 2005.

DEBRA P. HACKETT, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

BY:

Deputy Clerk

Ronnie Grissett
# 11738-002
05-150-P

**MARSHAL'S RETURN**

Received this writ of _WHCAP_ On _7/26/05_
and executed same by taking custody of the within named
_Ronnie Grissett_ at _Conecuh Cou_ and
delivering him/her on _8/4/05_ to _Mgy City Jail_
at _Montgomery, AL_ _Jesse Seroyer, Jr._
_____ United States Marshal
_Robert Brown_ _Athen Koelen_
Deputy Assisting                    Deputy

RETURNED AND FILED

JUL 20 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

**MARSHAL'S RETURN**

Received this writ of _Wheap_ On _7/19/06_
and executed same by taking custody of the within named
_Ronnie Grissett_ at _Montgomery city jail_ and
delivering him/her on _7/19/06_ to _Conecuh CO Jail_
at _Evergreen, AL_ _Tim S_
_____ United States Marshal
_Eleany Thomas_ _Michael A. Bates_
Deputy Assisting                    Deputy