```
         IN THE DISTRICT COURT OF THE UNITED STATES
            FOR THE MIDDLE DISTRICT OF ALABAMA
                     NORTHERN DIVISION
```

UNITED STATES OF AMERICA        )
                                )
         v.                     )    CR. NO. 2:05cr150-C
                                )
RONNIE BENNETT GRISSETT and     )
BEULAH FROST GRISSETT d/b/a     )
GRISSETT GROCERY                )

### UNITED STATES OF AMERICA'S MOTION
### FOR A FINAL ORDER OF FORFEITURE

The United States of America, by its undersigned counsel, respectfully submits its Motion for a Final Order of Forfeiture in the above-entitled case and states as follows:

That on February 14, 2006, this Court entered a Preliminary Order of Forfeiture ordering defendants Ronnie Bennett Grissett and Beulah Frost Grissett to forfeit their interest in the subject real property to the United States;

That on April 27, 2006, notice was served upon Covington County Bank by the United States Marshals Service;

That on April 27, 2006, notice was served upon Alabama Pathology Associates by the United States Marshals Service;

That on April 27, 2006, notice was served upon W. O. Clark by the United States Marshals Service;

That on April 27, 2006, notice was served upon Hilda B. Clark by the United States Marshals Service;

That on April 27, 2006, notice was served upon Melissa Grissett by the United States Marshals Service;

That on April 27, 2006, notice was served upon Donnie Bennett Grissett by the United States Marshals Service;

That notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law as specified in the Preliminary Order of Forfeiture, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property was published in the <u>Montgomery Advertiser</u> newspaper on May 24, May 31 and June 7, 2006; and,

That Donnie B. Grissett filed a petition of interest within that thirty-day period.  At the evidentiary hearing held on July 14, 2006, Donnie B. Grisset withdrew his earlier filed petition.

That no other person has filed a petition of interest within the required thirty-day period.  Therefore, any other third-party interests are barred by failure of those parties to file a timely petition.  Accordingly, the United States respectfully requests that this Court enter a Final Order of Forfeiture.

Respectfully submitted this 24th day of July, 2006.

```
                    FOR THE UNITED STATES ATTORNEY
                           LEURA G. CANARY



                           /s/John T. Harmon
                           John T. Harmon
                           Assistant United States Attorney
                           Bar Number: 7068-II58J
                           Office of the United States Attorney
                           Middle District of Alabama
                           Post Office Box 197
                           Montgomery, Alabama 36101-0197
                           Telephone:(334) 223-7280
```

CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2006, I electronically filed the foregoing Motion for Final Order of Forfeiture with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Kevin L. Butler, Ben Bruner, Ab Powell, III** and **Tommie Brown Hardwick.**

I hereby certify that a copy of the foregoing Motion will be mailed to:

Donnie B. Grissett
Post Office Box 240
Gantt, Alabama 36038.

```
                           /s/John T. Harmon
                           John T. Harmon
                           Assistant United States Attorney
                           Office of the United States Attorney
                           Middle District of Alabama
                           One Court Square, Suite 201 (36104)
                           Post Office Box 197
                           Montgomery, Alabama 36101-0197
                           Telephone:(334) 223-7280
                           Facsimile:(334) 223-7560
```