| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form |
|---|---|

PSN 6 ✓

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>2:05CR150-C |
|---|---|
| DEFENDANT<br>RONNIE GRISSETT and BEULAH GRISSETT d/b/a GRISSETT GROCERY | TYPE OF PROCESS<br>RELEASE OF LIS PENDENS |

39

| SERVE ► AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>COVINGTON COUNTY JUDGE OF PROBATE |
|---|---|
|  | ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)<br>Covington County Courthouse - Court Square One, Andalusia, Alabama 36420 |

| SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW: | Number of process to be served with this Form - 285 | 1 |
|---|---|---|
| John T. Harmon<br>United States Attorney's Office<br>Assistant United States Attorney<br>Post Office Box 197<br>Montgomery, Alabama 36101-0197 | Number of parties to be served in this case |  |
|  | Check for service on U.S.A. |  |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

CATS # 05-DEA-459655

| Signature of Attorney or other Originator requesting service on behalf of:<br>John T Harmon<br>☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(334) 223-7280 | DATE<br>08/07/06 |
|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. | District of Origin No. 2 | District to Serve No. 2 | Signature of Authorized USMS Deputy or Clerk<br>K. Chavers | Date<br>8/14/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

| Name and title of individual served (If not shown above). | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 8/18/06   Time 2:15 pm |
|  | Signature of U.S. Marshal or Deputy<br>K. Chavers |

| Service Fee<br>45.00 | Total Mileage Charges (including endeavors) | Forwarding Fee<br>8.00 | Total Charges<br>53.00 | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS: 8/15/06 C.M. # 7001 1140 0001 8579 6905
8/18/06 Received green card signed "Cynthia"
8/18/06 Received recorded copy

RETURNED AND FILED
AUG 21 2006

PRIOR EDITIONS MAY BE USED

FORM USM 285 (Rev. 12/15/80)

U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Cynthia Hogg_  ☐ Agent ☒ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  8/17/6 |
| 1. Article Addressed to:<br><br>Covington County Judge of Probate<br>P.O. Drawer 789<br>Andalusia, AL 36420 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>P 12: 11 |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>7001 1140 0001 8579 6905 | _Grissett_  KC |
| PS Form 3811, February 2004  Domestic Return Receipt | 102595-02-M-1540 |

Stamps: RECEIVED 2006 AUG 18 P 12:11 UNITED STATES MARSHAL MIDDLE A[L]